FILED
JAN 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of   COLUMBIA

NELSON ROSARIO

Plaintiff

V.

DEA, ET AL

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 0079

I, NELSON JOSE DEL ROSARIO _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   M.V.C.C. PHILISBURG, PA 16866

   Are you employed at the institution?  NO      Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

      FCI LORETTO    UNIT ORDERLY $ 30   2004 TO 2007 APRIL

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☐ |
   | f. | Any other sources | ☐ | ☐ |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
JAN 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

I declare under penalty of perjury that the above information is true and correct.

11/25/2007
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NELSON JOSE DEL ROSARIO
              Plaintiff,

-VS-                                      Proceed In Forma Pauperis

                                           Civil Action No:

DRUG ENFORCEMENT ADMINISTRATION;
JANICE GALL, MCLEOD ASSOCIATE DIRECTOR
OF (OIP); KATHERINE L. MYRICK, CHIEF
OPERATIONS UNIT FOI/RECORDS
MANAGEMENT SECTION; THE EXECUTIVE OFFICE
FOR UNITED STATES ATTORNEYS (EOUSA)
                             Defendants,
_____/

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

    Plaintiff, Nelson Jose Del Rosario, acting pro se, respectfully moves for leave to file accompanying complaint for declaratory and injunctive relief, and memorandum in support thereof dated November 1st, 2007 in the United States District Court for the district of Columbia, without payment of costs and to proceed In Forma Pauperis.

    Plaintiff is presently incarcerated at Moshonnon Valley Correctional Center at Philipsburg, Pennsylvania 16866. The court imposes no fine because it believes that petitioner do not have the ability to pay. Petitioner is an indigent and the federal public defendant was appointed to represent plaintiff pursuant to U.S.C § 3006A

    Plaintiff also certify under penalty of perjury of the United states law 1746 that the foregoing information is true and correct to the best of his knowledge and understanding as required by 28

U.S.C. § 1746.


Dated: November 19, 2007


                                           Respectfully Submitted,

                                           *[signature]*
                                           Nelson Jose Del Rosario
                                           BOP# 19889-069
                                           MVCC
                                           555 I Cornell Drive
                                           Philipsburg, PA 16866


## CERTIFICATE OF SERVICE

   I, Nelson Jose Del Rosario, the plaintiff hereby certify that One original and three copies of the foregoing motion is furnished to the Clerk of the court in the United States District Court for the District of Columbia at U.S. Courthouse 333 Constitution Ane. N.W., Room 5409 Washington, DC 20001-2866
on this <u>19th</u> day of November 2007 through mail Box situated at Moshonnon Valley Correctional Center at Philipsburg, PA 16866


Dated  <u>November 19th, 2007</u>

                                           Respectfully Submitted,

                                           *[signature]*
                                           Nelson Jose Del Rosario
                                           # 19889-069
                                           MVCC
                                           555 I Cornell Drive,
                                           Philipsburg, PA 16866