UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NELSON JOSE DEL ROSARIO, )
)
Plaintiff, )
)
v. ) Civil Action No. 08-0079
)
DRUG ENFORCEMENT )
ADMINISTRATION, et al., )
)
Defendants. )

### ORDER

This matter is before the Court on initial consideration of plaintiff's *pro se* complaint. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552, which applies only to federal government agencies. *See* 5 U.S.C. § 552(f)(1). He cannot bring a FOIA claim against a federal government employee. *See Stone v. Defense Investigative Serv.*, 816 F. Supp. 782, 785 (D.D.C. 1993); *Whittle v. Moschella*, 756 F. Supp. 589, 596 (D.D.C. 1991); *Sherwood Van Lines v. United States Dep't of the Navy*, 732 F. Supp. 240, 241 (D.D.C. 1990).

Accordingly, it is hereby

ORDERED that Janice Gall McLeod and Katherine Myrick are DISMISSED WITH PREJUDICE as parties to this action.

SO ORDERED.

_____
United States District Judge

DATE: 2/5/08