**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Nelson Jose Del Rosario

        V.

                                  Civil Action No.  08-0079 JDB

Drug Enforcement Administration, et al.,

**REASSIGNMENT OF CIVIL CASE
(non-calendar committee)**

The above entitled action was assigned on February 21, 2008 from Unassigned (9098)

to Judge Bates because the plaintiff has satisfied the requirements of the PLRA.

                                   NANCY MAYER-WHITTINGTON, CLERK

                                By: La Tanau Scott
                                  Deputy Clerk

CC:    Judge Bates
& Courtroom Deputy
Civil Case Processing Clerk
        Statistical