UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NELSON JOSE DEL ROSARIO,**         ) | |
| ) | |
| **Plaintiff** *pro se*,         ) | |
| ) | |
| v.         ) | Civil Action No. 08-0079 (JDB) |
| ) | |
| **DRUG ENFORCEMENT ADMINISTRATION,** ) | |
|     **et al.**         ) | |
| ) | |
| **Defendants.**         ) | |

## DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully move for a 30 day extension of time, to and including May 9, 2008, within which to respond to Plaintiff's Complaint. This is Defendants' first request for an extension of time for this purpose. Undersigned counsel did not obtain the position of Plaintiff *pro se*, because Plaintiff is incarcerated.

For cause, Defendants state as follows:

Agency counsel for the Drug Enforcement Administration only received notice of this lawsuit within the past two weeks, and is in the process of preparing declarations and other documentation to support a dispositive motion responsive to the Complaint in this case. Defendants request additional time to prepare this dispositive motion and supporting documentation. Granting this request would be in the interests of justice and judicial economy, as it would allow Defendants time to file a single motion addressing all of the matters raised in Plaintiff's Complaint.

For the foregoing reasons, Defendants respectfully requests that this motion for a 30 day enlargement of time be granted.[1]

Dated: April 7, 2008.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __7th__ day of April, 2007, I caused the foregoing

**Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid,

addressed as follows:

>Nelson Jose Del Rosario
>Reg # 19889-069
>Moshonnon Valley Correctional Center
>555 I Cornel Drive
>Philipsburg, PA 16866

>/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NELSON JOSE DEL ROSARIO,** ) | |
| ) | |
| **Plaintiff** *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 08-0079 (JDB) |
| ) | |
| **DRUG ENFORCEMENT ADMINISTRATION,** ) | |
| et al. ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**UPON CONSIDERATION** of defendants' first motion for extension of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendants shall file their response to plaintiff's complaint on or before May 9, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008