UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AMIR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY, )<br>)<br>Defendant. ) | Civil Action No. 08-522 (RMC) |

**SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Department of Homeland Security, by counsel, respectfully moves for a two week extension of time, to and including May 23, 2008, within which to respond to Plaintiff's complaint. Undersigned counsel called counsel for Plaintiff to obtain his position on this motion, but he was not available.

For cause, Defendant states as follows:

1. Pursuant to this Court's minute order of April 29, 2008, defendant's response to the complaint in this case is due on May 9, 2008, and Defendant would have hoped to file a timely motion. But, Counsel for Defendant has been and will be addressing litigation demands in other cases and personal demands that will preclude a timely filed response in this matter. These conflicting responsibilities include preparation of an appellate brief due to be filed in the Court of Appeals for the District of Columbia Circuit on May 7, 2008 in the case of <u>Rodriguez v. Editor in Chief, Legal Times, et al.</u>, 07-5234 and an emergency oral surgery appointment on May 8, 2008 that will necessitate undersigned counsel to take a full day of sick leave. Undersigned counsel has received documentation from agency counsel to support a response to the complaint, but will be unable to complete it because of the above circumstances.

2. Undersigned counsel is on emergency matters/TRO duty in the Civil Division of the U.S. Attorney's Office the week of May 12-16, and will be addressing litigation demands in other cases that will necessitate additional time to prepare defendant's response. These responsibilities include the preparation of dispositive motions in several cases in U.S. District Court for the District of Columbia, including Felder v. Johanns, 06-910 (CKK), Del Rosario v. Drug Enforcement Administration, 08-79 (JDB), Onyewuchi v. U.S. Citizenship and Immigration Services, 08-360 (RMU), Jones v. Gikas, 07-1068 (RJL), Jones v. Kirschner, 07-1063 (RJL), and Turner v. Chertoff, 07-1105 (RMU). These and other demands necessitate this requested enlargement of two weeks. Appellee, therefore, requests an enlargement of time to and including May 23, 2008 within which to file its response to plaintiff's complaint.

3. Allowing an additional two week enlargement of time would be in the interests of justice.

For the foregoing reasons, Defendant respectfully requests that this motion for an extension of time be granted.[1]

Dated: May 7, 2008

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  7th   day of May, 2008, I caused the foregoing **Consent Motion for Extension of Time**  to be served on plaintiff's counsel through the ECF system.

      /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMED AMIR,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|     v. | ) | Civil Action No. 08-522 (RMC) |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

## ORDER

**UPON CONSIDERATION** of Defendant's second motion for extension of time to file a response to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file its response to the complaint in this case on or before May 23, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.