UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NELSON JOSE DEL ROSARIO,** ) | |
| ) | |
|     **Plaintiff *pro se*,** ) | |
| ) | |
| v. ) | Civil Action No. 08-0079 (JDB) |
| ) | |
| **DRUG ENFORCEMENT ADMINISTRATION,** ) | |
|     **et al.** ) | |
| ) | |
|     **Defendants.** ) | |

### ERRATA

Defendant, by counsel, hereby withdraws the "second motion for extension of time to respond to complaint" filed in the ECF system as Docket #15, because undersigned counsel inadvertently filed a motion from a different case, Amir v. DHS, 08-522 (RMC).

                                            Respectfully submitted,

                                            ___/s_/_____
                                            JEFFREY A. TAYLOR, D.C. BAR #498610
                                            United States Attorney

                                            ____/s/_____
                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

                                            __/s/_____
                                            ALEXANDER D. SHOAIBI,
                                            Assistant United States Attorney
                                            5O1 Third Street, N.W., Rm E-4218
                                            Washington, D.C. 20530
                                            (202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this __7th__ day of May, 2007, I caused the foregoing **Defendant's Errata** to be served on plaintiff, postage prepaid, addressed as follows:

>Nelson Jose Del Rosario
>Reg # 19889-069
>Moshonnon Valley Correctional Center
>555 I Cornel Drive
>Philipsburg, PA 16866

>\_\_/s/_____
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney