UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NELSON JOSE DEL ROSARIO,** )<br>)<br>    **Plaintiff** *pro se*, )<br>)<br>    v. )<br>)<br>**DRUG ENFORCEMENT ADMINISTRATION,** )<br>    **et al.** )<br>)<br>    **Defendants.** ) | Civil Action No. 08-0079 (JDB) |

### DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully move for an additional 30 day extension of time, to and including June 9, 2008, within which to respond to Plaintiff's Complaint. This is Defendants' second request for an extension of time for this purpose. Undersigned counsel did not obtain the position of Plaintiff *pro se*, because Plaintiff is incarcerated.

For cause, Defendants state as follows:

Although undersigned counsel has received draft documents supportive of a dispositive motion from agency counsel for defendant, conflicting professional and personal matters require to request an additional extension of time before filing a dispositive motion in this case. These conflicting responsibilities include preparation of an appellate brief in the Court of Appeals for the District of Columbia Circuit in the case of Rodriguez v. Editor in Chief, Legal Times, et al., 07-5234, and dispositive motions in several cases in U.S. District Court for the District of Columbia, including Felder v. Johanns, 06-910 (CKK), Coleman v. Lappins, 06-2255 (RMC), Amir v. Dept. of Homeland Security, 08-522 (RMC), Onyewuchi v. U.S. Citizenship and

Immigration Services, 08-360 (RMU), Jones v. Gikas, 07-1068 (RJL), Jones v. Kirschner, 07-1063 (RJL), and Turner v. Chertoff, 07-1105 (RMU). Undersigned counsel is also scheduled for emergency oral surgery on May 8, 2008, the day before the present filing deadline.

Granting this request would be in the interests of justice and judicial economy, as it would allow Defendants time to file a single motion addressing all of the matters raised in Plaintiff's Complaint.

For the foregoing reasons, Defendants respectfully requests that this motion for an additional 30 day enlargement of time be granted.[1]

Dated: May 7, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __7th__ day of May, 2007, I caused the foregoing **Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

>Nelson Jose Del Rosario
>Reg # 19889-069
>Moshonnon Valley Correctional Center
>555 I Cornel Drive
>Philipsburg, PA 16866

>　/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NELSON JOSE DEL ROSARIO,**          ) | |
|                                                                  ) | |
|      **Plaintiff** *pro se*,                      ) | |
|                                                                  ) | |
|      v.                                        ) | Civil Action No. 08-0079 (JDB) |
|                                                                  ) | |
| **DRUG ENFORCEMENT ADMINISTRATION,** ) | |
|      et al.                                    ) | |
|                                                                  ) | |
|      **Defendants.**                           ) | |

## ORDER

**UPON CONSIDERATION** of defendants' second motion for extension of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendants shall file their response to plaintiff's complaint on or before June 9, 2008.

                                                                   _____
                                                                     UNITED STATES DISTRICT JUDGE

Dated: _____, 2008