UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Nelson Jose Del Rosario,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Drug Enforcement Administration** *et al.*,<br><br>**Defendants.** | Civil Action No.  08-0079 (JDB) |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is

**ORDERED** that defendants' motion for summary judgment [Dkt. No. 18] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that judgment is entered for the defendants.  This is a final appealable Order.

                                                                          s/
                                         JOHN D. BATES
                                United States District Judge

Dated: August 12, 2008