UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nelson Jose Del Rosario,

Plaintiff,

v.                                                    Civil Action No. 08-0079 (JDB)

Drug Enforcement Administration *et al.*,

Defendants.

MEMORANDUM

In this action brought *pro se* under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, plaintiff sought records from the Drug Enforcement Administration ("DEA") pertaining to his criminal prosecution. On June 6, 2008, defendants moved for summary judgment. By Order of June 10, 2008, plaintiff was directed to respond by July 16, 2008 to defendants' motion or risk entry of judgment for the movants on a conceded motion. Plaintiff has not responded to the motion or sought additional time to do so. Hence, the Court will grant defendants' motion for summary judgment as conceded.[1] A separate Order accompanies this Memorandum.

                                       s/
                                       JOHN D. BATES
                                       United States District Judge

Dated: August 12, 2008

---

[1] *See In re Miller*, 2004 WL 963819, 1 (D.C. Cir., May 4, 2004) (In managing its docket under the circumstances presented, "the court may choose to . . . resolve the motion for summary judgment on the merits without an opposition . . . or [] treat summary judgment as conceded.")